Jose Luis Ramos, Sr., Rio Grande City, TX, for Defendant-Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Maria Maldonado was convicted of violating 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2 after a border search revealed cocaine hidden on her person. Appealing her sentence, Maldonado argues that the district court's determination that her testimony was not credible, and hence that she did not merit relief under U.S.S.G. § 5C1.2, was not supported by evidence in the record. Because the dis-

trict court identified several specific suspicious elements of Maldonado's account that she was not able to satisfactorily render clear, the district court's factual finding that Maldonado had not been sufficiently truthful "is plausible in light of the record as a whole". *See United States v. Edwards*, 65 F.3d 430, 432 (5th Cir.1995); *United States v. Flanagan*, 80 F.3d 143, 145 (5th Cir.1996). The ruling of the district court is AFFIRMED.

**Michelle REED, Plaintiff–Appellant,**

v.

**LOWE'S HOME CENTERS INC.;**
**et al., Defendants,**

**Lowe's Home Centers Inc.,**
**Defendant–Appellee.**

No. 03–41132.
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Feb. 9, 2004.

John Gerard Werner, Reaud, Morgan & Quinn, Beaumont, TX, for Plaintiff–Appellant.

---

Harvey Goldwater Joseph, Joel S. Allen, Littler Mendelson, Dallas, TX, for Defendant–Appellee.

Before JONES, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM.*

Plaintiff-appellant Michelle Reed (Reed) appeals from a summary judgment dismissing her claims against Defendant-appellee, Lowe's Home Centers, Inc., alleging employment discrimination and also claims of intentional infliction of emotional distress under Texas state law. Our de novo review of the record leads to the inescapable conclusion that Reed failed to establish a prima facie case of discrimination and that her proof and allegations with respect to her state law tort claim cannot survive summary judgment. The judgment of the district court is affirmed essentially for the reasons stated in the district court's order dated July 16, 2003.

AFFIRMED

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.